

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00313-CV

CITY OF EDINBURG, TEXAS
v.
RODOLFO CAMPOS

On Appeal from the
370th District Court of Hidalgo County, Texas
Trial Court Cause No. C-2168-22-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and dismissed for want of jurisdiction in part. The Court orders the judgment of the trial court AFFIRMED IN PART and DISMISSED FOR WANT OF JURISDICTION IN PART in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

November 13, 2025